AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
FOR THE District of MASSACHUSETTS

NAS Surety Group

V.

Tinker Electrical Corporation

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04 10459 MLW

TO: (Name and address of Defendant)

Tinker Electrical Corporation
256 Rear Trapelo Road
Belmont, MA  02478

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Paula-Lee Chambers, Esquire
Cetrulo & Capone, LLP
Two Seaport Lane, 10th Floor
Boston, MA 02210
(617) 217-5238

an answer to the complaint which is served on you with this summons, within ___twenty___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

(By) DEPUTY CLERK

DATE  MAR 5 2004