UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

*FILED
IN CLERK'S OFFICE
2004 JUN -9 P 12: 22
U.S. DISTRICT COURT
DISTRICT OF MASS.*

| | |
|---|---|
| NAS SURETY GROUP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 04-10459MLW |
| v. | ) |
| | ) |
| TINKER ELECTRICAL CORPORATION | ) |
| and WILLIAM F. TINKER, | ) |
| | ) |
| Defendants. | ) |

### PLAINTIFF'S REQUEST FOR DEFAULT OF DEFENDANT PURSUANT TO RULE 55(a)

TO THE CLERK OF THE ABOVE-NAMED COURT:

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiff NAS Surety

Group respectfully requests that this Court enter the default of Defendants Tinker Electrical

Corporation and William F. Tinker, for their failure to respond to the complaint. As grounds for

this request, Plaintiff states that copies of the summons and Complaint were served upon

Defendants by delivering the summons and Complaint in hand to William Tinker, agent in

charge at the time of service for Tinker Electrical Corporation at 39 Davis Road, Belmont, MA

02478 on March 27, 2004. A copy of the summons and return of service is attached hereto as

Exhibit A. Neither defendant has answered or otherwise responded to the Complaint.

WHERFORE, Plaintiff NAS Surety Group makes application that the clerk enter the default of Defendants Tinker Electrical Corporation and William F. Tinker forthwith.

Respectfully submitted,

NAS SURETY GROUP
By its attorneys,

Bradford R. Carver, BBO #565396
CharCretia V. Di Bartolo, BBO #560051
Paula-Lee Chambers, BBO# 566888
CETRULO & CAPONE, LLP
Two Seaport Lane
Boston, MA 02210
(617) 217-5500
(617) 217-5200 (fax)

Dated: June 8th, 2004

## CERTIFICATE OF SERVICE

I, CharCretia V. Di Bartolo, hereby certify that on the 8th day of June, 2004, I served a copy of the within document by mail, postage prepaid to:

William F. Tinker
39 Davis Road
Belmont, MA 02478

CharCretia V. Di Bartolo