UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>NAS SURETY GROUP</u>
        Plaintiff(s)                        CIVIL ACTION
                                                 NO. <u>04-10459-MLW</u>
        V.

<u>TINKER ELECTRICAL CORPORATION</u> et al
        Defendant(s)

NOTICE OF DEFAULT

Upon application of the Plaintiff(s) , <u>NAS SURETY GROUP,</u> for an order of Default for failure of the Defendant(s),<u> TINKER ELECTRICAL CORPORATION and WILLIAM F. TINKER,</u> to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this <u>1ST</u> day of <u>JULY</u> , 20<u>04</u>.

                                                                     TONY ANASTAS, CLERK

                                               By:    <u>/s/ Dennis O'Leary</u>
                                                                 Deputy Clerk

Notice mailed to:

(default.not - 10/96)                                                                                           [ntcdflt.]