# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NAS SURETY GROUP, | ) |
| Plaintiff, | ) Civil Action No. 04-10459MLW |
| v. | ) |
| TINKER ELECTRICAL CORPORATION and WILLIAM F. TINKER, | ) |
| Defendants. | ) |

## JUDGMENT IN FAVOR OF PLAINTIFF
## NAS SURETY GROUP

Defendants, Tinker Electrical Corporation and William Tinker, having failed to plead or otherwise defend in this action and their default having been entered,

Now, upon application of NAS Surety Group ("NAS") and the Affidavit of Jeffrey Goldberg demonstrating that Defendants, Tinker Electrical Corporation and William Tinker, owe NAS the sum of $659,460.91, that Defendants Tinker Electrical Corporation and William Tinker are not infants or incompetent persons, or in the military of the United States, and that NAS has incurred costs in the sum of $0.00[1].

It is hereby ORDERED, ADJUDGED AND DECREED that NAS recover from Defendants Tinker Electrical Corporation and William Tinker, jointly and severally, the principal amount of $659,460.91, with costs in the amount of $0.00, and prejudgment interest at the rate of

---

[1] Pursuant to the General Agreement of Indemnity (¶14) underlying the Defendants' debt, NAS is entitled to recover the costs and expenses, including attorneys' fees, incurred in connection with the Defendants' default. As set forth in detail in the Affidavit of Jeffrey Goldberg (¶12) filed contemporaneously herewith, NAS's total loss, including costs and attorneys' fees incurred to date, is $659,460.91.

12% from March 4, 2004 to August 4, 2004 in the amount of $32,973.04 for a total judgment of $692,433.95 with interest as provided by law.

By the Court,

DATED:

_____
Deputy Clerk

NOTE:  The post judgment interest rate effective this date is 2.07%. See 28 U.S.C. sec. 1961(a); www.federalreserve.gov/releases/h15/current/ (last checked August 16, 2004).