GOLDBERG AFFIDAVIT EXHIBIT B

## SUBCONTRACTOR'S PERFORMANCE AND PAYMENT BOND
### (Public Construction - Commonwealth of Massachusetts)

186274

KNOW ALL MEN BY THESE PRESENTS, that we, **Tinker Electrical Corporation, 256R Trapello Road** of **Belmont, MA 02478** as Principal, hereinafter called the subcontractor, and **North American Specialty Insurance Company, 650 Elm St., Manchester, NH 03101** as Surety, are held and firmly bound unto **Colantonio, Inc., PO Box 6764, Holliston, MA 01746** as Obligee, hereinafter called general contractor,

in the amount of **Five Hundred Thirty Five Thousand Eight Hundred Dollars and 00/cents** dollars

$ **535,800.** ), lawful money of the United States of America, and for the payment of which we jointly and severally bind ourselves, our successors and assigns, firmly by these presents.

WHEREAS THE SAID SUBCONTRACTOR, entered into a certain subcontract with the said general contractor bearing date, the **26th** day of **June**, **2001**, for **Section 16000 Electrical, Wayland Public Safety Building**

which subcontract is by referenced made a part hereof and to the same extent as if copied at length herein.

NOW, THE CONDITION OF THIS OBLIGATION is such that if the subcontractor shall faithfully perform the subcontract and shall indemnify and hold harmless the general contractor and the surety or sureties under the labor and material or payment bond furnished by such general contractor to the awarding authority against (1) any and all loss and expense arising out of any and all claims in connection with the performance of said subcontractor which would be required to be paid under the labor and materials or payment bond furnished by the general contractor to the awarding authority and (2) attorney's fees in the event that the subcontractor after notice, fails to assume the defense of and defend such claims, then this obligation shall be null and void, otherwise it shall remain in full force and virtue.

IN WITNESS WHEREOF WE, hereunto set our hands and seal this **26th** day of **June**, **2001**.

In the Presence of:

_____

                                                    Tinker Electrical Corporation
Principal                                                        (seal)

By: _____

_____

                               North American Specialty Insurance Company
Surety                                                               . (seal)

By: _____
Attorney-in-Fact                                                          (seal)
             Michael F. Carney, Attorney-in-fact

## SUBCONTRACTORS PERFORMANCE AND PAYMENT BOND
### (Public Construction - Commonwealth of Massachusetts)

186272

KNOW ALL MEN BY THESE PRESENTS, that we, __Tinker Electric Corporation, 256 R Trapello Road, MA 02478__

of __Belmont MA__ as Principal, hereinafter called the subcontractor, and __North American Specialty Insurance Company, 650 Elm St, Manchester, NH 03101__

as Surety, are held and firmly bound unto __Castagnia Construction Corp, 69 Parker St, Unit 7, Seaport Industrial Park, Newburyport, MA__ as Obligee, hereinafter called general contractor,

in the amount of __Six Hundred Sixty Five Thousand Two Hundred Dollars and 00/cents__ dollars

($ __665,200__ ), lawful money of the United States of America, and for the payment of which we jointly and severally bind ourselves, our successors and assigns, firmly by these presents.

WHEREAS THE SAID SUBCONTRACTOR, entered into a certain subcontract with the said general contractor bearing date, the _____ day of _____, _____, for _____

Section 16000 Electrical Work - Peirce Elementary School, Arlington, MA

which subcontract is by referenced made a part hereof and to the same extent as if copied at length herein.

NOW, THE CONDITION OF THIS OBLIGATION is such that if the subcontractor shall faithfully perform the subcontract and shall indemnify and hold harmless the general contractor and the surety or sureties under the labor and material or payment bond furnished by such general contractor to the awarding authority against (1) any and all loss and expense arising out of any and all claims in connection with the performance of said subcontractor which would be required to be paid under the labor and materials or payment bond furnished by the general contractor to the awarding authority and (2) attorney's fees in the event that the subcontractor after notice, fails to assume the defense of and defend such claims, then this obligation shall be null and void, otherwise it shall remain in full force and virtue.

IN WITNESS WHEREOF WE, hereunto set our hands and seal this _____ day of _____, _____.

In the Presence of:

__Tinker Electric Corporation__
Principal                                (seal)

By: _____

__North American Specialty Insurance Company__
Surety                                   (seal)

By: _____
Attorney-in-Fact                         (seal)
     Michael F. Carney, Attorney-in-fact

# SUBCONTRACTOR'S PERFORMANCE AND PAYMENT BOND
## (Public Construction - Commonwealth of Massachusetts)

188758

KNOW ALL MEN BY THESE PRESENTS, that we, Tinker Electrical Corporation, 256R Trapello Road of Belmont, MA 02478 as Principal, hereinafter called the subcontractor, and North American Specialty Insurance Company, 650 Elm Street, Manchester, NH 03101-2524 as Surety, are held and firmly bound unto John T. Callahan & Sons, Inc., 80 First Street, Bridgewater, MA 02324 as Obligee, hereinafter called general contractor, in the amount of One Million Thirteen Thousand Dollars and 00/cents dollars ($ 1,013,000. ), lawful money of the United States of America, and for the payment of which we jointly and severally bind ourselves, our successors and assigns, firmly by these presents.

WHEREAS THE SAID SUBCONTRACTOR, entered into a certain subcontract with the said general contractor bearing date, the 18TH day of March, 2002, for Section 16101 Electrical, Construction of New Carroll Elementary School which subcontract is by referenced made a part hereof and to the same extent as if copied at length herein.

NOW, THE CONDITION OF THIS OBLIGATION is such that if the subcontractor shall faithfully perform the subcontract and shall indemnify and hold harmless the general contractor and the surety or sureties under the labor and material or payment bond furnished by such general contractor to the awarding authority against (1) any and all loss and expense arising out of any and all claims in connection with the performance of said subcontractor which would be required to be paid under the labor and materials or payment bond furnished by the general contractor to the awarding authority and (2) attorney's fees in the event that the subcontractor after notice, fails to assume the defense of and defend such claims, then this obligation shall be null and void, otherwise it shall remain in full force and virtue.

IN WITNESS WHEREOF WE, hereunto set our hands and seal this _____ day of _____

In the Presence of:

_____

Tinker Electrical Corporation
Principal (seal)
By: _____

_____

North American Specialty Insurance Company
Surety (seal)
By: _____
Attorney-in-Fact (seal)
Michael F. Carney, Attorney-in-fact

NAS SURETY GROUP

NORTH AMERICAN SPECIALTY INSURANCE COMPANY
WASHINGTON INTERNATIONAL INSURANCE COMPANY

## GENERAL POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS, THAT North American Specialty Insurance Company, a corporation duly organized and existing under laws of the State of New Hampshire, and having its principal office in the City of Manchester, New Hampshire, and Washington International Insurance Company, a corporation organized and existing under the laws of the State of Arizona and having its principal office in the city of Itasca, Illinois, each does hereby make, constitute and appoint:

L. Robert DeSanctis, James J. Axon, Gregory D. Juwa, Michael F. Carney, Wilder Parks Jr.,

Adam W. DeSanctis, Michael T. Gilbert and Christine B. Dean

jointly or severally

Its true and lawful Attorney(s)-in-Fact, to make, execute, seal and deliver, for and on its behalf and as its act and deed, bonds or other writings obligatory in the nature of a bond on behalf of each of said Companies, as surety, on contracts of suretyship as are or may be required or permitted by law, regulation, contract or otherwise, provided that no bond or undertaking or contract or suretyship executed under this authority shall exceed the amount of: TEN MILLION ( 10,000,000.00) DOLLARS

This Power of Attorney is granted and is signed by facsimile under and by the authority of the following Resolutions adopted by the Boards of Directors of both North American Specialty Insurance Company and Washington International Insurance Company at meetings duly called and held on the 24th of March, 2000:

"RESOLVED, that any two of the President, any Senior Vice President, any Vice President, any Assistant Vice President, the Secretary or any Assistant Secretary be, and each or any of them hereby is authorized to execute a Power of Attorney qualifying the attorney named in the given Power of Attorney to execute on behalf of the Company bonds, undertakings and all contracts of surety, and that each or any of them hereby is authorized to attest to the execution of any such Power of Attorney and to attach therein the seal of the Company; and it is

FURTHER RESOLVED, that the signature of such officers and the seal of the Company may be affixed to any such Power of Attorney or to any certificate relating thereto by facsimile, and any such Power of Attorney or certificate bearing such facsimile signatures or facsimile seal shall be binding upon the Company when so affixed and in the future with regard to any bond, undertaking or contract of surety to which it is attached."

By _____
Daniel G. Gibson, VP, CFO & Treasurer of North American Specialty Insurance Company & Washington International Insurance Company

By _____
Steven P. Anderson, Sr. Vice President of Washington International Insurance Company & Vice President of North American Specialty Insurance Company

IN WITNESS WHEREOF, North-American Specialty Insurance Company and Washington International Insurance Company have caused their official seals to be hereunto affixed, and these presents to be signed by their authorized officers this 14 day of June, 2001.

North American Specialty Insurance Company
Washington International Insurance Company

State of Illinois
County of DuPage    ss:

14 day of June, 2001, before me, a Notary Public personally appeared and Daniel G. Gibson, VP, CFO and Treasurer of both aforementioned companies and Steven P. Anderson, Sr. Vice President of Washington International Insurance Company and Vice President of North American Specialty Insurance Company personally known to me, who being by me duly sworn, acknowledged that they signed the above Power of Attorney as officers of and acknowledged said instrument to be the voluntary act and deed of their respective companies.

OFFICIAL SEAL
YASMIN A PATEL
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES:08/19/02

_____
Yasmin A. Patel, Notary Public

I, Robert I. Cate, the duly elected VP & Assistant Secretary of North American Specialty Insurance Company and Washington International Insurance Company, do hereby certify that the above and foregoing is a true and correct copy of a Power of Attorney given by said North American Specialty Insurance Company and Washington International Insurance Company, which is still in full force and effect.

IN WITNESS WHEREOF, I have set my hand and affixed the seals of the Companies this 18th day of March, 2002.

_____
Robert I. Cate, VP & Assistant Secretary