UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**NAS SURETY GROUP,**
        Plaintiff(s)

        v.                CIVIL ACTION NO. **04-10459-MLW**

**TINKER ELECTRICAL CORPORATION and
WILLIAM F. TINKER**
        Defendant(s)

**DEFAULT JUDGMENT**

**WOLF, D.J.**

     Defendants **TINKER ELECTRICAL CORPORATION and WILLIAM F. TINKER** having failed to plead or otherwise defend in this action and its default having been entered,

     Now, upon application of plaintiff and affidavits demonstrating that defendants owe plaintiff the sum of **$ 659,460.91** that defendant is not an infant or incompetent person or in the military service of the United States.

     It is hereby ORDERED, ADJUDGED AND DECREED that plaintiff recover from defendants **TINKER ELECTRICAL CORPORATION and WILLIAM F. TINKER** the amount of **$ 659,460.91** with interest as provided by law.

                                        By the Court,

**Dated: September 13, 2004**

                                        **Deputy Clerk**

**NOTE:** The post judgment interest rate effective this date is **2.03%.**

(judge-default - 12/98)                                                             [dfltjgm.]